UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No.: 1:19-cr-00449 |
| v. | * | |
| | * | |
| Kenneth Ravenell | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## KENNETH RAVENELL'S STATUS REPORT

Kenneth Ravenell, by and through undersigned counsel, hereby respectfully submits this status report and request for a report date to Minimum Male Camp at Fairton, New Jersey on or after May 6, 2024.

1. On July 21, 2023, the U.S. Court of Appeals for the Fourth Circuit stayed the mandate in Mr. Ravenell's appeal pending the disposition of his petition for a writ of certiorari in the U.S. Supreme Court.

2. On April 15, 2024, the Supreme Court denied Mr. Ravenell's petition for a writ of certiorari.

3. Although the Fourth Circuit has not yet lifted the stay and issued the mandate, Mr. Ravenell anticipates that it could do so at any moment.

4. Upon issuance of the mandate, Mr. Ravenell respectfully requests that the Court order a report date on or after May 6, 2024.  This will provide Mr. Ravenell with the opportunity to attend a previously scheduled medical appointment on April 24, 2024 related to his ongoing eye issues, as well as to order his affairs before beginning his sentence.

1

April 15, 2024

Respectfully submitted,

*/s/ Paul A. Solomon*

_____
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Paul A. Solomon (Bar No. 19920)
Michael A. McIntosh (*pro hac vice*)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave. NW
Washington, DC 20005
paul.solomon@skadden.com
michael.mcintosh@skadden.com
Phone: (202) 371-7000
Fax: (202) 393-5760

David M. Zornow (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
david.zornow@skadden.com
Phone: (212) 735-3000
Fax: (212) 735-2040

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2024, I caused a copy of Kenneth Ravenell's Status Report to be served upon counsel for the United States of America via this Court's CM/ECF case management system.

*/s/ Paul A. Solomon*
_____

Paul A. Solomon
*Attorney for Kenneth Ravenell*