UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH WENDELL RAVENELL,<br><br>Defendant. | Criminal Action No. TDC-19-0449 |

### ORDER

On April 29, 2024, Defendant Kenneth Wendell Ravenell filed a sealed Motion to Set a Surrender Date ("the Surrender Motion"), ECF No. 663, along with a sealed Motion to Seal. ECF No. 664. On May 3, 2024, at the Court's direction, the Government filed a sealed memorandum in opposition to the Surrender Motion, ECF No. 669, along with a sealed Motion to Seal. ECF No. 668. On May 6, 2024, Ravenell filed a sealed reply brief, ECF No. 671, along with a sealed Motion to Seal. ECF No. 670. Having reviewed the filings, it is hereby ORDERED that:

1. Ravenell's Motion to Set a Surrender Date, ECF No. 663, is GRANTED. Ravenell is required to surrender by **Monday, July 8, 2024 before 2:00 p.m.** to Minimum Male Camp at Fairton, New Jersey. No further extensions to the surrender date will be granted absent exceptional circumstances. The need for follow-up medical care alone will not be considered exceptional circumstances.

2. The Motions to Seal, ECF Nos. 664, 668, 670, are DENIED IN PART in that the Motions to Seal themselves will be unsealed. Any proposed redactions to the Motions to Seal shall be filed within **3 days** of the date of this Order. In the absence of any proposed redactions to the Motions to Seal filed by the parties, the Clerk shall unseal the Motions to Seal on **Monday, May 13, 2024**.

3. The Court will not rule on the remaining portions of the Motions to Seal until **14 days** after the Motions to Seal are unsealed on the public docket "to permit the filing of objections." D. Md. Local R. 207.2.

Date: May 7, 2024



THEODORE D. CHUANG
United States District Judge